```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:     (916) 554-2932
    Facsimile:     (916) 554-2900
 5

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:11-mj-00272-DAD
                                   )
12                 Plaintiff,      )  ORDER EXCLUDING TIME
                                   )
13  v.                             )
                                   )
14  URIEL TORRES,                  )
                                   )
15                 Defendant.      )
                                   )
16

17      The Court has read and considered the Stipulation for Exclusion

18  of Time filed by the parties in this matter on September 15, 2011.

19  The Court hereby finds that the Stipulation, which this Court

20  incorporates by reference into this Order, demonstrates good cause

21  for an exclusion of time pursuant to the applicable law.  18 U.S.C. §

22  3161(h)(7)(A).

23  THEREFORE:

24      1.  For the reasons set forth in the parties' stipulation, the

25  Court finds that the interests of justice served by granting this

26  continuance outweigh the best interests of the public and the

27  defendant in a speedy trial.

28      2.  Therefore, the time between August 31, 2011, and October 5,
```

2011, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Date: September 29, 2011

                                          /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE